No. 99–9803.   PAGAN v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 99–9805.   WILLIAMS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 99–9816.   DAVIS v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 99–9820.   HEWLETT v. LAPPIN, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 99–9828.   MARZETTE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 99–9834.   BEASLEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 99–9835.   COKER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 99–9838.   HUGHES v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 99–9839.   FULLER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 99–9846.   SHURLAND v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 99–9859.   COOPER v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 99–9860.   BUGH v. OHIO.   Ct. App. Ohio, Carroll County. Certiorari denied.

No. 99–9861.   CARTER v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 99–9883.   WOOD v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 99–9884.   WILLIAMS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 99–9917.   BURKET v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.